IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS CORP., and<br>SIEMENS PRODUCT LIFECYCLE<br>MANAGEMENT SOFTWARE, INC.<br><br>    Defendants. | CIVIL ACTION NO.: 4:18-cv-552<br><br>JURY TRIAL DEMANDED |

### NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Kenneth Thomas Emanuelson, is hereby entering his appearance as lead counsel for Akoloutheo, LLC, and hereby requests that all correspondence, notices, motions, pleadings, orders and other filings in this case be served upon him via the contact information below.

Respectfully submitted this 8th day of August, 2018.

            By: /s/ Kenneth Thomas Emanuelson
                 Kenneth Thomas Emanuelson
                 Texas Bar No. 24012591
                 THE EMANUELSON FIRM
                 17304 Preston Road, Suite 800
                 Dallas, Texas 75252
                 Phone: 469-363-5808
                 Ken@Emanuelson.us

                 **LEAD COUNSEL FOR PLAINTIFF**
                 **AKOLOUTHEO, LLC**

[2]

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on August 8th, 2018 in compliance with Local Rule CV-5(a).  Accordingly, the foregoing was served via electronic service on all counsel of record.  Local Rule CV-5(a)(3)(A).

/s/ Kenneth Thomas Emanuelson
Kenneth Thomas Emanuelson
