**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| AKOLOUTHEO, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>1)  SIEMENS CORP.; and<br><br>2)  SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC. (d.b.a. UGS SOFTWARE AND SERVICES CORP.),<br><br>   Defendants. | CIVIL ACTION NO.: 4:18-cv-552<br><br>JURY TRIAL DEMANDED |

**MOTION FOR DISMISSAL**

The plaintiff Akoloutheo, LLC ("Akoloutheo" or "Plaintiff") – pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – hereby moves for an order dismissing all claims against all defendants in this action WITH PREJUDICE. The defendants have not answered or moved for summary judgment. Each party shall bear its own costs, expenses and attorney's fees.

September 21, 2018                                       Respectfully Submitted,

                                                               By: /s/ *Ronald W. Burns*

                                                                Ronald W. Burns
                                                                Texas State Bar No. 24031903
                                                                RWBurns & Co., PLLC
                                                                5999 Custer Road, Suite 110-507
                                                                Frisco, Texas 75035
                                                                 972-632-9009
                                                                rburns@burnsiplaw.com

[2]

        Kenneth Thomas Emanuelson (*Lead Counsel*)
        Texas Bar No. 24012591
        The Emanuelson Firm
        17304 Preston Road, Suite 800
        Dallas, Texas 75252
        469-363-5808
        ken@emanuelson.us

        **ATTORNEYS FOR PLAINTIFF**
        **AKOLOUTHEO, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5. As such, the foregoing was served on all counsel of record who have consented to electronic service. Local Rule CV-5. Pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, all others not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email, on this the 21st day of September, 2018.

        /s/ *Ronald W. Burns*
        Ronald W. Burns